DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH BENLOLO,**
Appellant,

v.

**SCOTT J. ISRAEL,** as **SHERIFF OF BROWARD COUNTY, FLORIDA,**
Appellee.

No. 4D17-3437

[October 4, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE-16-007337 (04).

Peter E. Itzler of Itzler & Itzler, P.A., Fort Lauderdale, for appellant.

Michael P. Rudd and Peter A. Diamond of Rudd & Diamond, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and CONNER, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*